DJW:mmh

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

GERENE HAMILTON, et al.,

    Plaintiffs,

v.                            Case No. 07-2549-JAR-DJW

MARK WILCOX, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

Plaintiffs are ordered to show cause in a pleading filed by August 13, 2008 why sanctions should not be imposed for failure to provide a confidential settlement report, as required by paragraph 1.a. of the Scheduling Order [Doc. 21], and as directed by the court's e-mail to plaintiffs' counsel on July 14, 2008.

IT IS SO ORDERED.

Dated in Kansas City, Kansas this 5th day of August, 2008.

s/ David J. Waxse_____
DAVID J. WAXSE
UNITED STATES MAGISTRATE JUDGE

cc:    All counsel and *pro se* parties